# Court of Appeals
# of the State of Georgia

ATLANTA,  August 17, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0002.  ERIKA HOLLY GRIFFIN v. THE STATE.**

On June 29, 2018, the trial court denied a motion to suppress filed by Erika Holly Griffin. The trial court signed a certificate of immediate review on July 10, 2018, and Griffin filed this application for interlocutory appeal.  We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the trial court does not enter the certificate of immediate review within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal.  See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court entered its certificate of immediate review eleven days after the order Griffin seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/17/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*